# Return

| Case No.: 1:25MJ212 | Date and time warrant executed: 05/29/2025 07:40AM | Copy of warrant and inventory left with: LUO, Jiali |
|---|---|---|

Inventory made in the presence of: SA George Jasek / SA Anna Freuler

Inventory of the property taken and name(s) of any person(s) seized:

- No property inventory

- Person of LUO, Jiali seized

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/09/2025

*Executing officer's signature*

Special Agent George Jasek - US Secret Service

*Printed name and title*